APPEAL No. 76-332. PHILIPPE ROBIDOUX *et al. v.* ALFRED PELLETIER *et al.* Motion of plaintiff to strike from the record documents attached to the defendants' brief is denied, without prejudice to raising the issue at oral argument. *Orlando A. Andreoni,* for plaintiffs. *Laurent C. Bilodeau,* for defendants.

APPEAL No. 76-341. ANGELO MAZZARELLA *v.* I.T.T. ROYAL ELECTRIC DIVISION. Motion of petitioner that the time for filing his brief be extended to March 19, 1977, is granted. There shall be no further extension in this matter. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *H. Eliot Rice,* for respondent.

APPEAL No. 77-24. VIRGINIA D. MARKHAM *et ux. v.* CROSS TRANSPORTATION, INC. *et al.* Motion of plaintiffs for a special assignment is granted, and this case is assigned to the calendar for May 2, 1977, 9:30 a.m., for oral argument. *Bradford Gorham,* for plaintiffs. *Higgins, Cavanagh & Cooney, Joseph V. Cavanagh,* for Cross Transportation, Inc. and Allstate Insurance Company. *Francis A. Kelleher, James H. Reilly,* for Richard Serra and Lillian Serra. *Martin M. Zucker,* for Terry Miller and Penn Transportation Corp. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for Salvatore Azzoli, defendants.

March 9, 1977.

M. P. No. 75-127. BRISTOL COUNTY WATER COMPANY *v.* PUBLIC UTILITIES COMMISSION. Motion of petitioner for further consideration of this case is denied. The parties are directed to brief and argue the issues raised in that motion in the case of *Bristol County Water Company v. Harsch et al.,* 117 R.I. 982, 370 A.2d 242 (1977). *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondent.